No. 95–6193. ALLISON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6194. SHARK v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–6196. JOELSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6197. LETTERLOUGH v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–6212. GRIEGO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6213. CROSS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 95–6214. CRONN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–6218. SMITH v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6219. SHEPARD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6221. PINELLA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6222. SMALL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6233. WOINER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–6261. WONG v. CIBA-GEIGY CORP., RESEARCH DEPARTMENT. C. A. 3d Cir. Certiorari denied.

No. 95–73. CARGILL, INC. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

JUSTICE THOMAS, dissenting.

This case questions whether the Army Corps of Engineers (Corps) can, under the Clean Water Act, constitutionally assert jurisdiction over private property based solely on the actual or